(Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Georgia

| United States of America | ) | Filed at 2:36 P M |
| :--- | :--- | :--- |
| v. | ) | 4-18, 2016 |
| | ) | /s/ C. Hunford |
| MATTHEW S. COX | ) | DEPUTY CLERK, U.S. DISTRICT COURT |
| Defendant | ) | MIDDLE DISTRICT OF GEORGIA |

Case No. 5:16-MJ-00018-001-CHW

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

*/s/ Matthew S. Cox*
Defendant's signature

☐ **Counsel Waived**

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
Defendant's signature

The United States consents to the jury-trial waiver: _____
Government representative's signature

_____
Government representative's printed name and title

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
Defendant's signature

*/s/ C. Brian Jarrard*
Printed name of defendant's attorney (if any)

*/s/*
Signature of defendant's attorney (if any)

Date: April 18, 2016

Approved by: */s/*
Magistrate Judge's signature