IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

Filed at 2:38 p.M.
4-18, 2016
_____
DEPUTY CLERK, U.S DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO: 5:16-MJ-18 |
| | : | |
| v. | : | |
| | : | |
| MATTHEW S. COX | : | |

**P L E A**

I, **MATTHEW S. COX**, having been advised of my Constitutional rights, and having had the charges herein stated to me, plead NOT GUILTY to the Information in open Court, this 18th day of April, 2016.

_____
MATTHEW S. COX
DEFENDANT

_____
C. BRIAN JARRARD
ATTORNEY FOR DEFENDANT

_____
SONJA B. PROFIT
ASSISTANT UNITED STATES ATTORNEY