Filed at 9:00 A.M.
6/8, 2016

DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CASE NO. 5:16-MJ-00018-001-CHW |
| | : | |
| MATTHEW S. COX | : | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Middle District of Georgia hereby dismisses the pending information in the above-referenced case against MATTHEW S. COX, defendant.

REASON: This matter was instituted by information on March 21, 2016. Defendant had an initial appearance in this court on March 21, 2016. The Court advised that the Defendant was not eligible for a court appointed attorney and Defendant was advised to retain counsel and return for arraignment on April 18, 2016. On April 18, 2016, the Defendant appeared with counsel for arraignment and entered a not guilty plea. The Court entered its standard pretrial order and scheduled the pretrial conference. This matter is scheduled for a pretrial conference on June 20, 2016. This is the first time that the matter has been listed for trial. Undersigned counsel for the government failed to notice that the Speedy Trial deadline imposed by 18 U.S.C. §3161(c)(1) expired on May 30, 2016. No order was sought by counsel for the government or the defendant to extend the Speedy Trial deadline.

Respectfully submitted, this 7th day of June, 2016.

G.F. PETERMAN, III
ACTING UNITED STATES ATTORNEY

BY: *s/ Sonja B. Profit*
SONJA B. PROFIT
Georgia Bar Number 588542
Attorney for Plaintiff
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 621-2648

Leave of Court is granted for filing of the foregoing dismissal.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE

DATE: June 8, 2016